HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00099-MJS |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE INITIAL APPEARANCE; ORDER |
| GALEN GRANT SMITH, | Date: November 17, 2015 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, seeking appointment to represent Galen Grant Smith, that Mr. Smith's initial appearance be continued from November 3, 2015, to November 17, 2015, at 10:00 a.m.  Defense counsel has discussed with Mr. Smith his financial situation and believes he will qualify for appointment of counsel.

Mr. Smith lives in Templeton, California, where he works full-time as a foreman for an architectural landscaping company.  On October 27, 2015, Mr. Smith took his vehicle to the dealership to repair the radiator.  He believed that the service department would complete the repair before his initial appearance on November 3, 2015.  However, on November 1, 2015, Mr. Smith received a phone call from the service department alerting him that his vehicle required additional repairs not previously anticipated.  The estimate for the repairs went from $585 to over $4,000.  Mr. Smith believes the service department will finish the repairs no later than November 13, 2015.

In light of Mr. Smith's transportation issues, the parties request that the Court continue the initial appearance from November 3, 2015, to November 17, 2015, at 10:00 a.m.

Respectfully submitted,

Date: November 2, 2015
/s/ Matthew McNease
MATTHEW MCNEASE
Yosemite Legal Officer
Counsel for the Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 2, 2015
/s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Seeking Appointment to Represent
GALEN GRANT SMITH

**O R D E R**

Good cause appearing, the proposed Stipulation to continue the Initial Appearance in case No. 6:15-MJ-099-MJS is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   November 2, 2015         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE