1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   GALEN SMITH

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  Case No.  6:15-mj-00099-MJS
                                )
12         Plaintiff,            )  STIPULATION TO MODIFY BRIEFING
                                )  SCHEDULE AND CONTINUE HEARING;
13 vs.                           )  ORDER
                                )
14 GALEN SMITH,                  )  Date:  June 28, 2016
                                )  Time:  1:30 p.m.
15         Defendant.            )  Judge: Hon. Michael J. Seng
                                )
16 _____ )

17         **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for defendant Galen Smith, that the briefing schedule for

20 Mr. Smith's motion to suppress be modified as follows:

21      Motion to suppress due:     May 9, 2016

22      Response due:               May 31, 2016

23      Reply due:                  June 7, 2016

24 The parties further stipulate that the hearing on the motion to suppress may be continued from

25 June 8, 2016, to June 28, 2016, at 1:30 p.m.

26         The continuance is requested to allow time for further defense investigation.  The defense

27 is attempting to locate a witness, whose testimony would be relevant to the suppression issue.

28 The parties request the continuance with the intention of conserving time and resources for both

1  the parties and the Court.

                                                                                      Respectfully submitted,

Date:  April 28, 2016                      */s/ Matthew McNease*
                                              MATTHEW MCNEASE
                                              Yosemite Legal Officer
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: April 28, 2016                       */s/ Erin Snider*
                                              ERIN SNIDER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              GALEN SMITH

## **O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, Defendant Galen Smith's motion to suppress is now due May 9, 2016; the government's response is due May 31, 2016; and Mr. Smith's optional reply brief is due June 7, 2016.  The motion hearing currently scheduled for June 8, 2016, is hereby continued to June 28, 2016.

IT IS SO ORDERED.

   Dated:  April 29, 2016                                  /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE