
Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>GALEN GRANT SMITH,<br><br>          Defendant. | No.  6:15-mj-099-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

      Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice. The Government does not believe it can prove its case beyond a reasonable doubt.

      Dated:  May 19, 2016                      NATIONAL PARK SERVICE

                                                 /S/ Matthew McNease
                                                Matthew McNease
                                                Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Galen Grant Smith,* 6:15-mj-099-MJS, be dismissed, without prejudice.

IT IS SO ORDERED.

Dated:   May 20, 2016                              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE

.